2937.    MOHR & SONS *v.* LENOX MERCANTILE CO.

HILL, C. J.    The controlling question was one of fact which the jury properly decided, and the exceptions of law are entirely without merit.

*Judgment affirmed.*

DECIDED JUNE 7, 1911.

Complaint; from city court of Nashville—Judge Buie. September 10, 1910.

*Hendricks & Christian,* for plaintiffs in error.

*J. W. Powell,* contra.